## ST. CLAIR v. HUFNAGLE *et al.*

No. 3597.  Opinion Filed January 28, 1913.

(131 Pac. 171.)

**APPEAL AND ERROR**—Case-Made—Time for Filing—Review. A motion for a new trial being overruled on February 11, 1911, the petition in error with case-made attached was filed with the clerk of this court on February 13, 1912. **Held,** that this court has no jurisdiction to entertain same.

(Syllabus by the Court.)

*Error from Comanche County Court;*
*James H. Wolverton, Judge.*

Action between P. L. St. Clair and August Hufnagle and others.  From a judgment of the court below, P. L. St. Clair brings error.  Dismissed.

*Chas. C. Black,* for plaintiff in error.

*R. J. Ray,* for defendants in error.

WILLIAMS, J.  Counsel for defendants in error moves to dismiss this proceeding in error on the ground that "more than one year elapsed after final judgment in the trial court and before the petition in error was filed in the Supreme Court; that the motion for a new trial was overruled in the trial court on the 11th day of February, 1911, and the petition in error was filed in the Supreme Court on the 13th day of February, 1912."

The record bears out the contention of the defendants in error.  The motion to dismiss is sustained. *Richardson et vir v. Beidleman et al.,* 33 Okla. 463, 126 Pac. 816.

All the Justices concur.